■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CELIO VERDUGO, Appellant. [— NYS2d —]—

Judgment, Supreme Court, New York County (A. Kirke Bartley, J., at plea; Laura Ward, J., at sentence), rendered September 8, 2006, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him to a term of three years, and order, same court (Patricia Nunez, J.), entered on or about March 4, 2008, which denied defendant's CPL 440.10 motion to vacate the judgment, unanimously affirmed.

After a thorough evidentiary hearing, the court properly denied defendant's motion to vacate the judgment, made on the ground of ineffective assistance of counsel. There is no basis for disturbing the court's credibility determinations (*see generally People v Prochilo*, 41 NY2d 759, 761 [1977]). Defendant received effective assistance in connection with his guilty plea (*see People v Ford*, 86 NY2d 397, 404 [1995]). The credible evidence established that counsel provided competent advice concerning sentencing and immigration matters and the viability of an agency defense, and it establishes that defendant did not need an interpreter. Concur—Andrias, J.P., McGuire, Moskowitz, Acosta and DeGrasse, JJ.

■ ESTATE OF YARON UNGAR, Deceased, by and through its Administrator, DAVID STRACHMAN, et al., Appellants, v THE PALESTINIAN AUTHORITY, Defendant, and THE PALESTINIAN PENSION FUND FOR THE STATE ADMINISTRATIVE EMPLOYEES IN THE GAZA STRIP, Respondent. [897 NYS2d 907]—Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered November 9, 2009, which denied plaintiffs' motion to shift the burden of proof and alter the order of presentation at trial, unanimously affirmed, with costs.

The Court reaches this decision by assuming, without deciding, that Supreme Court's order is appealable. Plaintiff had the burden of proving the facts as alleged (*Lopp v Lopp*, 191 App Div 500 [1920]), even when there is a rebuttable presumption (*St. Andrassy v Mooney*, 262 NY 368, 371-372 [1933]). Concur—Andrias, J.P., McGuire, Moskowitz, Acosta and DeGrasse, JJ.